```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAR 1 2 2014

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>DANIEL LEE STRANDBERG,<br><br>　　　　　Defendant. | Case No.: 2:13-CR-0322-RCJ-VCF<br><br>**CONSENT OF DEFENDANT** |

　　　Defendant, **DANIEL LEE STRANDBERG**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_/s/ Daniel Strandberg_
Defendant

_____          _/s/_____
Counsel for Defendant                                   Assistant U.S. Attorney

DATED: this 12 day of March, 2014.

APPROVED:

_/s/ Robert C. Jones_
ROBERT C. JONES
United States District Judge