

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-322-RCJ-(VCF) |
| DANIEL LEE STRANDBERG, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO DANIEL LEE STRANDBERG**

On March 12, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant DANIEL LEE STRANDBERG to the United States of America. Second Superseding Criminal Indictment, ECF No. 34; Change of Plea, ECF No. 51; Plea Agreement, ECF No. 53; Preliminary Order of Forfeiture, ECF No. 54.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), that the Preliminary Order

. . .

. . .

. . .

. . .

. . .

of Forfeiture (ECF No. 54), listing the following assets, is final as to defendant DANIEL LEE STRANDBERG:

1. $3,120.00 in United States Currency; and
2. An *in personam* criminal forfeiture money judgment of $21,919.00 in United States Currency.

DATED this ___ day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

## U.S. v. DANIEL STRANGBERG
## 2:12-cr-00322-RCJ-VCF
### Restitution List

Bank of America                                               $20,400.00
Attn:  Protective Security Manager
4101 East Charleston Boulevard
Las Vegas, NV 89104-2322


Nevada State Bank                                              $1,519.00
Attn:  Corporate Security
P.O. Box 990
Las Vegas, NV 89125