DANIEL G. BOGDEN
United States Attorney
District of Nevada

MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: Michael.humphreys@usdoj.gov

*Attorneys for the United States of America.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:13-cr-322-RCJ-(VCF) |
| v. | ) |
| DANIEL LEE STRANDBERG, | ) |
| Defendant. | ) |

**UNITED STATES' UNOPPOSED MOTION
TO FILE RESPONSES TO PETITIONER'S CLAIMS**

The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a sixty-day continuance for the United States to file it response to the petition for ancillary hearing filed by Nevada State Bank in the above-captioned case.

After this Court signed the preliminary order of forfeiture in this case, the United States duly served all persons and/or corporations that might have an interest in the forfeited properties. On June 30, 2014, Nevada State Bank filed its Petition for Ancillary Hearing. The parties have been

actively and continuously making efforts to settle the case, and the parties are close to reaching a settlement.   Accordingly, the Government requests an additional sixty days to complete settlement negotiations and consummate a settlement agreement with the Nevada State Bank.

On January 5, 2015, Counsel for the Government spoke to Allison Schmidt, counsel for the petitioner, and Ms. Schmidt has given Government counsel permission to represent to this Court, through this motion, that she consents to this motion.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, the United States moves this Court to grant a sixty-day continuance, or until March 8, 2015, for the United States to file a response to Nevada State Bank's petition of interest.

DATED this 7th day of January, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/*s/Michael A. Humphreys*/
MICHAEL A. HUMPHREYS

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 9, 2015

2

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the **Unopposed Motion to File Responses to Petitioner's Claims** on January 7, 2015, by the below identified method of service:

<u>CM/ECF</u>

Ariel E. Stern
Akerman, LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Ariel.stern@akerman.com
Counsel for Interested Party Nevada State Bank

Christina S. Bhirud
Akerman, LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Christina.bhirud@akerman.com
Counsel for Interested Party Nevada State Bank

<u>Regular Mail</u>

Daniel Lee Strandberg
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, NV 89060

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal