# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL LEE STRANDBERG,<br><br>Defendant. | Case No.: 2:13-CR-00322-RCJ-VCF<br><br>**ORDER VACATING COURT ORDER (ECF #85)** |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that Court Order (ECF #85) denying the Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF #84) and Motion to Appoint Counsel (ECF #83) is VACATED. The Clerk of the Court shall vacate the order from the docket.

IT IS FURTHER ORDERED that the Emergency Motion for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A(a)(1) and (c) (ECF #86) is GRANTED. The Federal Public Defender for the District of Nevada is hereby appointed to represent Mr. Strandberg consistent with the First Amended General Order 2015-03.

IT IS FURTHER ORDERED that the Motion for Extension of Time to File Notice of Appeal (ECF #87) is DENIED as MOOT.

IT IS FURTHER ORDERED that pursuant to the First Amended General Order 2015-03, the Defendant shall file an Abridged Motion to Vacate on or before December 26, 2016.

IT IS SO ORDERED this 21st day of July, 2016.

_____
ROBERT C. JONES
District Judge